

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Complex*

*P. O. Box 5060*
*Oakdale, LA  71463*

May 15, 2020

Honorable Dee D. Drell
United States District Judge
515 Murray St.; Suite 233
Alexandria, LA 71301

RE: George Jeffus
    Reg. No. 19615-035
    Court Docket No. 1:16-CR-00113-1
    Date of Birth: 8-29-1943

Dear Judge Drell:

This is to advise you of the death of George Jeffus, an inmate who was confined at the Federal Correctional Complex in Oakdale, Louisiana. Inmate Jeffus was sentenced in your court in the Western District of Louisiana on March 16, 2017, to serve a 60-month sentence with a 5-year term of supervision for Activities/Material Constituting/Containing Child Pornography and Possession of Child Pornography with Forfeiture Allegations.

Inmate Jeffus expired on April 9, 2020, at 7:46 p.m., at St. Francis Cabrini Hospital in Alexandria, Louisiana. He was 76 years old. The preliminary cause of death was Acute Respiratory Distress Syndrome (ARDS). He was transported to St. Francis Cabrini Hospital on April 3, 2020, and was treated in the Intensive Care Unit (ICU) with ventilator support and extensive medical regimens. Inmate Jeffus tested positive for the coronavirus on April 7, 2020. His health initially improved but began to rapidly decline.

On April 10, 2020, telephone contact was made to his son, Christopher Jeffus. All involved government agencies have been advised of inmate Jeffus' death.

Sincerely,

R. Myers
Complex Warden

cc: Kristin Vidrine McGehee, Senior USPO
    David C. Joseph, Assistant United States Attorney
    J. Baltazar, Regional Director, South Central Region